*Monday, February 26, 2001*

## MOTION DOCKET

**01–85. State v. Williams.**
Lucas App. Nos. L001027 and L001028. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On February 12, 2001, appellee filed a memorandum in response that included attachments other than copies of unreported opinions cited in the memorandum. Whereas S.Ct.Prac.R. III(2)(B) prohibits attachments other than copies of unreported opinions cited in the memorandum,

IT IS ORDERED by the court, *sua sponte*, that the memorandum in response be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**00–1121. ICG Telecom Group, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 99–1153–TP–ARB. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, February 28, 2001*

## MOTION DOCKET

**90–2236. State v. D'Ambrosio.**
Cuyahoga App. No. 57448. On September 6, 2000, this court granted appellant's motion for stay of execution pending filing of petition to the United States Supreme Court from case No. 00–747. On February 20, 2001, this court received notice from the United States Supreme Court that the petition was denied on January 22, 2001. Upon consideration thereof,

IT IS HEREBY ORDERED by this court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 29th day of May, 2001, in accordance with the statutes so providing.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

## MISCELLANEOUS DISMISSALS

**01–234. State ex rel. Stauffer v. Hunter.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.